# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENA M. DOAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DELL FINANCIAL SERVICES, L.P.,<br>et al.,<br><br>    Defendants. | CASE NO: 07-CV-0679 W (LSP)<br><br>**ORDER GRANTING-IN-PART AND DENYING-IN-PART THE PARTIES' JOINT MOTION TO DISMISS THE CASE WITH PREJUDICE** |

On July 18, 2007, the parties filed a joint motion to dismiss this case with prejudice pursuant to the terms of a Settlement Agreement and Mutual Release dated July 8, 2007, with all parties bearing their own fees and costs related to the suit. Good cause appearing, the motion to dismiss with prejudice is **GRANTED**.

The parties also request that the Court retain jurisdiction over enforcement of the settlement. The parties' request is **DENIED**.

**IT IS SO ORDERED.**

DATED: July 24, 2007

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28